Samuel R. Smith, Respondent, v. Frank E. Anderson, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Louis Bauer, Appellant, v. Henrietta M. Parker, as Executrix of John L. Macaulay, Deceased, and Others, Impleaded with Euphemia A. Hawes, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   (Clarke, J., dissenting.)

Knickerbocker Trust Company, Respondent, v. Charles C. Galbraith, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Frank Sauer, Appellant, v. New York City Railway Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Mary E. McNulty, Respondent, v. Patrick J. McNulty, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

William Howell, Respondent, v. The New York Herald Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Abraham N. Bresel v. Edward W. Browning.— Motion denied on condition that appellant have his case ready for May term.

William Miller v. Thomas A. Nevins.— Motion denied.

Leo Schlesinger v. Charles O. Burns, Impleaded.— Motion granted, with ten dollars costs.

The People of the State of New York v. Lena Brecht.  The People of the State of New York v. John Bryan and Another.  The People of the State of New York v. Peter Markowitz.  The People of the State of New York v. Jacob Goldberg.  The People of the State of New York v. Ernest P. Sattekau.—Motion denied in each case on condition that appellant have case ready for argument at the May term.

Rutherford Realty Company v. Willet F. Cook.— Motion denied, with ten dollars costs.

The People of the State of New York v. George B. McClellan.— Motion granted; question certified.

John G. Carlisle v. National Surety Company.— Motion denied, with ten dollars costs.

Wilson R. Hunter v. Mutual Reserve Life Insurance Company.— Motion granted.

John Townshend v. Joseph P. Keenan, Impleaded.— Motion denied.

James D. Smith, Individually, etc., v. David Stevenson Brewing Company.— Motion granted; questions certified.

Samuel Melker v. The City of New York.— Motion granted.

Edward R. Dunham v. Hastings Pavement Company.— Motion granted; questions certified.

James McLean v. George Griot and Another.— Motion denied.

Sigmund Werner v. Corporation Liquidating Company.— Application denied, with ten dollars costs.

Sigmund Werner v. Corporation Liquidating Company.— Motion for stay denied, with ten dollars costs.   Settle order on notice.

Max Kliger v. Daniel Rosenfeld.—Motion denied, with ten dollars costs. Settle order on notice.